850 F.2d 611
 62 A.F.T.R.2d 88-5122, 88-2 USTC P 9424
 Harvey WALDMAN, Petitioner-Appellant,
v.
COMMISSIONER OF INTERNAL REVENUE SERVICE, Respondent-Appellee.
 No. 87-7417.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted May 3, 1988.
Decided July 5, 1988.
 
 1
 Timothy S. Harris, Los Angeles, Cal., for petitioner-appellant.
 
 
 2
 Kenneth L. Greene, Dept. of Justice, Washington, D.C., for respondent-appellee.
 
 
 3
 Appeal from a Decision of the Tax Court of the United States
 
 
 4
 Before GOODWIN and HALL, Circuit Judges, and BELLONI,* District Judge.
 
 ORDER
 
 5
 We affirm the judgment substantially for the reasons stated by the Tax Court in its opinion in 88 T.C. 1384 (1987).
 
 
 
 *
 The Honorable Robert C. Belloni, Senior United States District Judge, District of Oregon, sitting by designation